## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **8:11CR132** |
| **Plaintiff,** | |
| **vs.** | **ORDER OF RECUSAL**<br>**REQUEST FOR REASSIGNMENT** |
| **MATT McDERMOTT,** | |
| **Defendant.** | |

This matter is before the court on the court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any judge of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the parties and the record in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

SO ORDERED.

DATED this 18th day of May, 2012.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge