IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )      8:11CR132
                             )
      v.                     )
                             )
MATT McDERMOTT,              )      ORDER
                             )
            Defendant.       )
_____)
```

This matter is before the Court on defendant's motion to continue (Filing No. 66). The Court notes plaintiff has no objection, and the motion will be granted. Accordingly,

IT IS ORDERED that a hearing on the petition (Filing No. 41) and amended petition (Filing No. 56) for offender under supervision is rescheduled for:

**Thursday, July 12, 2012, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 5th day of June, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court