IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )        8:11CR132
                               )
      v.                       )
                               )
MATT McDERMOTT,                )        ORDER
                               )
            Defendant.         )
_____)
```

This matter is before the Court on the motion of Nathan S. Lab to withdraw as counsel for defendant (Filing No. 77).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that the motion is granted; Nathan S. Lab is deemed withdrawn as counsel for defendant.

DATED this 19th day of February, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court