IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>Plaintiff, )<br>  )<br>vs. )<br>  )<br>MATT McDERMOTT, )<br>  )<br>Defendant. ) | 8:11CR132<br><br>ORDER |

Defendant Matt McDermott appeared before the court on Monday, April 15, 2013 on a Petition for Warrant or Summons for Offender Under Supervision [82]. The defendant was represented by Retained Attorney Alan G. Stoler, and the United States was represented by Assistant U.S. Attorney Douglas R. Semisch. The government did not request detention therefore, the Defendant was not entitled to a preliminary examination. The defendant was released on current terms and conditions of supervision.

I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Senior Judge Strom.

**IT IS ORDERED**:

1. A final dispositional hearing will be held before Senior Judge Strom in Courtroom No. 5, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **May 30, 2013 at 9:30 a.m.** Defendant must be present in person.

2. The defendant is released on current conditions of supervision.

DATED this 15th day of April, 2013.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge