IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CR132 |
| | ) | |
| v. | ) | |
| | ) | |
| MATT McDERMOTT, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on the motion of Alan G. Stoler to withdraw as counsel for defendant and to be released upon the terms and conditions of release pending appeal (Filing No. 97). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) The motion to withdraw is granted; Alan G. Stoler is deemed withdrawn as counsel for defendant.

2) The terms and conditions of supervised release of the Court's order of June 28, 2013, are stayed. Defendant is released upon the terms and conditions as imposed in the Court's order of September 12, 2012 (Filing No. 76).

DATED this 11th day of July, 2013.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court