IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CR132 |
| | ) | |
| v. | ) | |
| | ) | |
| MATT McDERMOTT, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's motion to proceed *in forma pauperis* (Filing No. 98). After reviewing defendant's motion and affidavit, the Court finds the motion should be denied. Accordingly,

IT IS ORDERED that defendant's motion to proceed on appeal *in forma pauperis* is denied without prejudice.

DATED this 11th day of July, 2013.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court