IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CR132 |
| | ) | |
| v. | ) | |
| | ) | |
| MATT McDERMOTT, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

     This matter came before the Court on May 5, 2014, for a final dispositional hearing on the petition or summons for warrant or summons for offender under supervision (Filing No. 122).  Defendant was present and represented by Matthew R. Kahler.  Plaintiff was represented by Douglas R. Semisch, Assistant United States Attorney.

     An evidentiary hearing was held on April 30, 2014, and the Court entered an order on May 2, 2014, finding that defendant was in violation of the terms of his probation (Filing No. 139).  The Court finds defendant's probation should be revoked.  Accordingly,

     IT IS ORDERED:

     1) Defendant's term of probation is revoked.  Defendant is sentenced to a term of imprisonment of four (4) months with credit for time served.

2) Once the defendant is released from his term of imprisonment, the defendant shall not be required to serve any further term of supervised release.

3) The Court recommends that defendant be placed at a facility in Lexington, Nebraska, or to a facility as close to defendant's home in Kearney, Nebraska, as possible.

DATED this 6th day of May, 2014.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court

**ACKNOWLEDGMENT OF RECEIPT**

I hereby acknowledge receipt of a copy of this judgment this ____day of _____, 201__.

                                          _____
                                          Signature of Defendant

**RETURN**

It is hereby acknowledged that the defendant was delivered on the _____ day of _____, 201__, to _____, with a certified copy of this judgment.

                                          UNITED STATES WARDEN

                                          By:_____

**NOTE: The following certificate must also be completed if the defendant has not signed the Acknowledgment of receipt, above.**

**CERTIFICATE**

It is hereby certified that a copy of this judgment was served upon the defendant this _____ day of _____, 201___.

                                          UNITED STATES WARDEN

                                          By: _____