IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CR132 |
| | ) | |
| v. | ) | |
| | ) | |
| MATT McDERMOTT, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's notice of appeal (Filing No. 140) of the denial of his Section 2255 motions (Filing Nos. 119 and 120).

Defendant has failed to include the $505.00 filing fee nor has he submitted a request to proceed in forma pauperis with an affidavit of poverty in support thereof.  Accordingly,

IT IS ORDERED:

1)  Defendant shall pay the filing fee necessary to process his notice of appeal, or file an application to proceed without prepayment of costs, with supporting affidavit on or before June 6, 2014.

2)  Failure to pay said fee will result in dismissal of the appeal.

3) The clerk of the court is directed to send to defendant Form AO240, Application to Proceed Without Prepayment of Fees and Affidavit.

DATED this 13th day of May, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court