IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )        8:11CR132
                               )
      v.                       )
                               )
MATT McDERMOTT,                )        ORDER
                               )
            Defendant.         )
_____)
```

This matter is before the Court on defendant's application to proceed *in forma pauperis* and request for attorney (Filing No. 147). Defendant has filed a notice of appeal concerning his § 2255 motions (Filing Nos. 119 and 120) which were denied by this Court (Filing No. 121) on April 18, 2014. The Court characterized said motions as objections to the terms and conditions of his probation (Filing No. 118).

Before the matter can proceed on appeal, the Court must issue a certificate of appealability regarding the notice of appeal. Title 28 U.S.C. § 2253 states:

> (c)(1) Unless a circuit justice or judge issues a certificate of appealability, an appeal may not be taken to the court of appeals from
> . . .
>
> (B) the final order in a proceeding under section 2255.
>
> (2) A certificate of appealability may issue under paragraph (1) only

>       if the applicant has made a
>       substantial showing of the denial
>       of a constitutional right.

28 U.S.C. § 2253(c).

After reviewing the defendant's § 2255 motions and this Court's order denying those motions, the Court finds that defendant is entitled to appeal the sentence imposed on May 5, 2014 (Filing No. 143).  Accordingly,

IT IS ORDERED:

1) Defendant's application to proceed *in forma pauperis* is granted.

2) Defendant's request for attorney is denied without prejudice, subject to renewal with the United States Court of Appeals for the Eighth Circuit.

3) A certificate of appealability is issued and defendant may proceed on appeal as to the sentence imposed in this action.

DATED this 15th day of May, 2014.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court