IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,     )
                              )
           Plaintiff,         )          8:11CR132
                              )
     v.                       )
                              )
MATT McDERMOTT,               )          ORDER
                              )
           Defendant.         )
_____)
```

This matter is before the Court on defendant's motion to have mistrial declared and motion for recusal and criminal investigation into Lyle Strom and Doug Semisch submitted by defendant by fax. Court policy states that faxed pleadings will be accepted; however, the original signed pleading needs to be submitted to the Court. No original signed pleadings were ever forthcoming from defendant. Accordingly,

IT IS ORDERED that the clerk of court shall return the fax copies to the defendant as unfiled inasmuch as no signed originals were ever received.

DATED this 2nd day of July, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court