IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )          8:11CR132
                             )
      v.                     )
                             )
MATT McDERMOTT,              )          ORDER
                             )
            Defendant.       )
_____)
```

This matter is before the Court on defendant's notice of appeal (Filing No. 140) of the denial (Filing No. 121) of his § 2255 motions to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 (Filing No. 119 and Filing No. 120).  The Court entered an order (Filing No. 145) advising defendant he needed to prepay the costs of appeal or submit an application to proceed *in forma pauperis*, with a supporting affidavit on or before June 6, 2014.

Defendant did not remit the $505.00 filing fee, nor did he submit a request to proceed *in forma pauperis*.  Accordingly,

IT IS ORDERED that the notice of appeal as to defendant's motions to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 is dismissed.

DATED this 8th day of July, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court